| | |
|---|---|
| 1 | Raymond M. Collins (#199071) |
| 2 | rcollins@afrct.com<br>ANGLIN FLEWELLING RASMUSSEN |
| 3 |   CAMPBELL & TRYTTEN LLP<br>199 S. Los Robles Ave., Suite 600 |
| 4 | Pasadena, California 91101-2459<br>Tel: (626) 535-1900; Fax (626) 577-7764 |
| 5 | |
| 6 | Attorneys for Defendant, Wachovia Mortgage |
| 7 | Antoinette M. Marino (#113799) |
| 8 | amarino@realestatelawcenter.org<br>LAW OFFICES OF ART HOOMTRATANA |
| 9 | 750 East Green Street, Suite 333<br>Pasadena, California 91101 |
| 10 | Tel: (888) 688-4770; Fax: (888) 848-4570 |
| 11 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CAROL ST. JOHN,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; and all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto, and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.: CV 11 1409 JCS<br><br>Assigned to Magistrate Judge Joseph C. Spero in Courtroom A<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1(A))**<br><br>Complaint served: 2/22/2011<br>Current Response Date: 3/24/2011<br>New Response Date: 4/11/2011 |

**TO THE CLERK AND THE HONORABLE MAGISTRATE JUDGE:**

    Plaintiff Carol St. John ("Plaintiff") and defendant WACHOVIA MORTGAGE, a division of Wells Fargo Bank, N.A., fka Wachovia Mortgage, FSB, sued herein as "Wells Fargo Bank, N.A. and Wachovia Mortgage, FSB," ("Defendant") present the following stipulation extending

1 | the time for Defendant's response to Plaintiff's Complaint.

## STIPULATION

1. On or about February 22, 2011, Plaintiff filed her Complaint in this matter against Defendant. On February 22, 2011, Plaintiff served Defendant.

2. On March 24, 2011, Defendant removed the case to United States District Court.

3. Defendant's response to the complaint is therefore due on March 31, 2011.

4. The parties have agreed to an extension of eleven (11) days to April 11, 2011 for Defendant to respond to the Complaint.

5. This is the parties' first request for an extension for Defendant to respond to the complaint.

IT IS SO STIPULATED.

Dated: March 31, 2011

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: /s/Raymond M. Collins
Raymond M. Collins
rcollins@afrct.com
Attorneys for Defendant
Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB

Dated: March 31, 2011

LAW OFFICES OF ART HOOMIRATANA

By: /s/Antoinette M. Marino
Antoinette M. Marino
amarino@realestatelawcenter.org
Attorney for Plaintiff
Carol St. John

Dated: April 1, 2011

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 Days (L.R. 6-1(a))**

on all interested parties in said case addressed as follows:

**Served by Other Means:**

*Attorneys for Plaintiffs:*
Art Hoomiratana
Antoinette Marino
Law Offices of Art Hoomiratana
750 East Green Street, Suite 33
Pasadena, California 91101
*Tel: 888.688.4770 / Fax: 888.848.4570*

☐ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on March 31, 2011.

| Mark Betti | /s/ Mark Betti |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |