IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ST. JOHN, | Case No. 11-1409 SC |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; et al., | |
| Defendants. | |

On January 24, 2011, Plaintiff Carol St. John ("Plaintiff") commenced this action in California Superior Court for the County of Sonoma, bringing seven claims against several Defendants relating to foreclosure proceedings affecting the ownership of her Healdsburg, California home. ECF No. 1 ("Notice of Removal") Ex. A ("Compl."). After removing the action to federal court, and after the parties stipulated to an extension of time for Defendants to respond to Plaintiff's Complaint, Defendant Wachovia Mortgage, FSB ("Wachovia") filed a motion to dismiss this action, noticing a July 8, 2011 hearing date. ECF No. 15 ("Mot."). Plaintiff did not file an Opposition, and on August 8, 2011, the Court ordered Plaintiff to show cause why her case should not be dismissed for failure to prosecute. ECF No. 19 ("OSC"). The Court ordered Wachovia to serve the OSC on Plaintiff, and ordered

Plaintiff to respond in writing within five days of service.  <u>Id.</u>  The OSC provided: "FAILURE TO COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS FOR DISMISSAL WITH PREJUDICE."  <u>Id.</u>  On August 9, 2011, Wachovia filed proof of service of the OSC on Plaintiff.  ECF No. 20.

Because Plaintiff failed to file her response to the OSC within five days of service, the Court DISMISSES, WITH PREJUDICE, Plaintiff's Complaint, and TERMINATES this action.

IT IS SO ORDERED.

Dated: August 22, 2011     

UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2